UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DEAN LOPEZ,

                                    Petitioner,                          08 civ 3495 (JGK)


              -against-                                        **MEMORANDUM AND ORDER**


WILLIAM BROWN, Superintendent,
                                    Respondent.
----------------------------------------------------------------X
**JOHN G. KOELTL, DISTRICT JUDGE:**

        The Clerk of this Court is directed to serve a copy of this order and the underlying

petition  on the District Attorney for New York County, who shall answer or move with respect

to the petition for habeas corpus within sixty (60) days from the date of receipt of this order.

        The District Attorney shall submit transcripts of all proceedings, any briefs submitted on

appeal and the record in any state post-conviction proceedings.  The District Attorney shall also

address, as appropriate, the proper procedural handling under the Antiterrorism and Effective

Death Penalty Act of 1996, Public Law No. 104-132, 110 Stat 1214 (1996)

        The petitioner's time to reply to the District Attorney's response shall be thirty (30) days

after the receipt of the District Attorney's response.

**SO ORDERED.**

                                                JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE


Dated: New York, New York
       April 25, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/5/2008